## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. 22-CR-231 TDC |
| | * | |
| TIFFANY R. WILLIAMS | * | |
| | * | |

\* \* \* \* \* \* \*

### REQUEST FOR DETENTION HEARING

COMES NOW, the Defendant, Tiffany Williams, by and through counsel, John M. McKenna, Brennan, McKenna, & Lawlor, Chtd., and respectfully requests that this Honorable Court grant him a prompt detention hearing and states the following in support of his request:

1. Ms. Williams is charged with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349 (1); and related offenses in the above referenced matter.

2. On August 3, 2022, Ms. Williams made her initial appearance before this Court.

3. On August 3, 2022, Ms. Williams consented to detention in this matter due to two outstanding warrants she had pending in Montgomery County District Court (case no: 5D00418619) and Prince George's County District Court (case no: 5E00722020). The warrant in case no: 5D00418619 has been recalled and pending trial. The State has agreed to recall the warrant in case no: 5E00722020. A Consent Motion to Recall Bench warrant was filed in this case on August 25, 2022 and is currently waiting on a ruling from the Court.

4. Ms. Williams, through undersigned counsel, requests that the Court schedule a detention hearing in this matter provided that Ms. Williams has presented a suitable proposed third-

1

party custodian, her mother, Robin Walker. Ms. Walker has been deemed a suitable third-party custodian by the United States Pretrial Services.

5. If released, Ms. Williams will be residing with her mother Robin Walker at 3521 Jeff Road, Glenarden, Maryland.

WHEREFORE, the Defendant respectfully requests that this Court grant this request for a detention hearing in this matter.

Respectfully submitted,

/s/

Date: August 30, 2022   _____

John M. McKenna
Bar Number 14894
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 30, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/

_____
John M. McKenna