IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-22-231 |
| | * | |
| ARCHIE ARNOLD PAUL, | * | |
| TIFFANY RAINEL WILLIAMS, | * | |
| JALEN CRAIG MCMILLAN, and | * | |
| JOHN FITZGERALD WASHINGTON | * | |
| | * | |
| Defendants | * | |
| | ******* | |

**JOINT STATUS REPORT**

The United States of America, by and through undersigned counsel and defendants—Archie Arnold Paul, Tiffany Rainel Williams, Jalen Craig McMillan, and John Fitzgerald Washington (the "Defendants")—submit this joint status report as directed by the Court in the Scheduling Order dated August 5, 2022 (ECF No. 29), in lieu of having a Status Call on September 16, 2022. In response to the questions in Sections IV and V, the parties state as follows:

**IV.1 –Whether Rule 16 discovery is complete and, if not, a proposed deadline for the completion of discovery**.

- Rule 16 discovery is voluminous and not entirely complete. There are a few remaining technical or logistical hurdles related to device data that are currently being resolved by the government.

**IV.2 – Any pending motions and any proposed changes to the briefing schedule.**

- There is currently a Consent Motion for Speedy Trial Tolling through October 3, 2022 and Extension of Pretrial Motions Deadline (ECF No. 59) and a Motion to File Pretrial Motions At A Later Date (ECF No. 63), that relate to motions or deadlines. These two motions have not been ruled upon by the Court as of the

date of this Joint Status Report.

**IV.3 – Whether a hearing is necessary on any pending motion, and, if so, a proposed date for the hearing.**

- There is no request at this time for any hearing dates based upon any motions.

**IV.4 – The status of any negotiations between the parties that might lead to a change of plea, and, if so, a proposed date for the entry of a guilty plea.**

- The government and defense counsel have spoken about the next steps in the case and would request more time to discuss the contours of possible pleas. There is no pending request for a rearraignment date for any particular defendant.

**IV.5 – The number of days remaining before the case must proceed to trial in order to comply with the Speedy Trial Act, 18U.S.C. §§3161-3174.**

- On August 24, 2022, a Consent Motion for Speedy Trial Tolling through October 3, 2022 and Extension of Pretrial Motions Deadline (ECF No. 59) was filed, and is pending. If that motion is granted then time will be tolled between August 3, 2022 and October 3, 2022 and there will be seventy days remaining under 18 U.S.C. § 3161(c)(1).

**IV.6 – If counsel believe the case will go to trial, an updated estimate as to the length of and possible dates for the trial.**

- All parties request additional time to review discovery, continue to engage in discussions about possible resolutions, and confer with clients and therefore do not have any updated estimate for the length of trial or possible dates for trial.

**V.1** – If there are any proposed changes to the briefing schedule on any pending motions, a joint motion to continue the briefing schedule on those motions until the date of the next status conference, with a proposed Order.

- The pending motions request a date of January 16, 2023, to file pretrial motions.

**V.2** – If no motions are pending, a joint motion to exclude time under the Speedy Trial Act until the date of the next status conference, with a proposed Order.

- Because the parties are asking this Court to permit this Joint Status Report in lieu of a status conference and are requesting that the status conference be postponed for 30 days, an additional tolling motion will be filed, after consent from all parties, and assuming the pending tolling motion is granted, requesting that time be tolled until the date of the next status hearing, which would be approximately 30 days from September 16, 2022.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: *G. Michael Morgan, Jr.*
Digitally signed by GARY MORGAN
Date: 2022.09.13 18:31:57 -04'00'

G. Michael Morgan, Jr.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record, on September 13, 2022.

*Digitally signed by GARY MORGAN*
*Date: 2022.09.13 18:33:20 -04'00'*

G. Michael Morgan, Jr.
Assistant United States Attorney