IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. 22-CR-231 TDC |
| | * | |
| TIFFANY R. WILLIAMS | * | |
| | * | |

\* \* \* \* \* \* \*

**REQUEST FOR DETENTION HEARING**

COMES NOW, the Defendant, Tiffany Williams, by and through counsel, John M. McKenna, Brennan, McKenna, & Lawlor, Chtd., and respectfully requests that this Honorable Court grant her a prompt detention hearing and states the following in support of his request:

1. Ms. Williams is charged with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349 (1); and related offenses in the above referenced matter.

2. On August 3, 2022, Ms. Williams made her initial appearance before this Court.

3. On August 3, 2022, Ms. Williams consented to detention in this matter due to two outstanding warrants she had pending in Montgomery County District Court (case no: 5D00418619) and Prince George's County District Court (case no: 5E00722020). The warrants in these cases have been recalled.

4. Ms. Williams appeared before this Honorable Court for a detention hearing on September 7, 2022. At that time, Ms. Williams had several matters pending in different jurisdictions within the State of Maryland. The cases that Ms. Williams had pending in the District Court for Prince George's County (case no: 5E00722020) and the District Court for Anne Arundel County (case no: D-07-CR-21-007446) have been resolved without conviction (placed on stet

1

docket). The only remaining case pending is in the District Court for Montgomery County (case no: 5D00418619). Trial in this matter has been rescheduled to December 5, 2022.

5. Ms. Williams is a mother to three girls – Charli (11 years old – 6th grade), Cali (9 years old – 4th grade), and Chicago (2 years old). Charli and Cali both attend Robert R. Gray School in Capital Heights, Maryland.

6. Ms. Williams, through undersigned counsel, requests that the Court schedule a detention hearing in this matter provided that Ms. Williams has presented a suitable proposed third-party custodian, her mother, Robin Walker. Ms. Walker has been deemed a suitable third-party custodian by the United States Pretrial Services.

7. If released, Ms. Williams will be residing with her mother Robin Walker at 3521 Jeff Road, Glenarden, Maryland.

WHEREFORE, the Defendant respectfully requests that this Court grant this request for a detention hearing in this matter.

Date: September 30, 2022

Respectfully submitted,

/s/
_____
John M. McKenna
Bar Number 14894
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 30, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/
_____
John M. McKenna