IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 22-cr-231 PJM |
| TIFFANY RAINEL WILLIAMS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDA

The Defendant, Tiffany Rainel Williams, by and through counsel, John M. McKenna, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Sentencing Memoranda. In support of this Motion, counsel state as follows.

1. Sentencing in the above referenced matter is currently scheduled for February 29, 2024 at 2:00 p.m. The defendant's sentencing memoranda is due to the Court by February 22, 2024. At this time, Ms. Williams respectfully requests that this Court extend the deadline for the parties to file sentencing memoranda through February 23, 2024.

2. Undersigned counsel makes this request for an extension due to difficulty counsel experienced in scheduling legal calls and visits at the facility where Ms. Williams is being held. Counsel was only able to speak to Ms. Williams <u>recently</u> to obtain certain information counsel would like to include in the memo.

3. This Motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Bijon Mostoufi, who has indicated that the Government does not oppose this requested extension as long as the Government's deadline to file their memo is also extended by one day.

4. Accordingly, Ms. Williams respectfully requests that this Honorable Court extend the deadline for the parties to file sentencing memoranda through February 23, 2024.

Respectfully submitted,

/s/
_____
John M. McKenna
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland, via ECF.

/s/
_____
John M. McKenna